# Allen Orenberg

| | |
|---|---|
| **From:** | Amanda Mongelli <amanda.erno1886@gmail.com> |
| **Sent:** | Wednesday, August 14, 2024 9:09 PM |
| **To:** | Allen Orenberg |
| **Subject:** | Letter revised |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Judge Friedrich,

I am writing to express my deep remorse and sincere apology for my involvement in the events that took place at the Capitol on January 6th, 2021. My actions on that day were completely misguided and do not reflect who I am or the values I hold dear. I fully recognize the gravity of my mistake and the consequences it has had on our nation.

At the time, I allowed myself to be influenced by misinformation and the fervor of the moment, which led to a severe lapse in judgment. I now understand that my actions contributed to a tragic event that threatened the foundation of our democracy. For that, I am truly sorry.

I want to directly apologize to everyone who was affected by my conduct on January 6th. This includes my family, who have had to endure the shame and distress caused by my actions; those who were hurt during the breach of the Capitol building and grounds; the prosecutors who have worked tirelessly to uphold justice; and to you, Judge Friedrich, for the burden my actions have placed on the legal system. I deeply regret the pain and harm I have caused and am truly sorry for the impact my decisions have had on so many lives.

Since that day, I have taken significant steps to reflect on my actions and make amends for the harm I caused.

In addition, I have found a career that I am deeply passionate about. I am now a teacher of 2-year-olds, and this role has profoundly impacted my outlook on life. Working with young children has taught me the value of patience, empathy, and the importance of setting a positive example. I am committed to using my position to contribute positively to society and to guide the next generation in a way that fosters kindness and understanding.

I understand that words alone cannot undo the damage caused by my actions, but I hope you can see that I am determined to make better choices moving forward. I humbly ask for your leniency in considering my case and for the opportunity to continue rebuilding my life as a responsible and contributing member of society.

Thank you for taking the time to read my letter. I deeply regret my actions and am committed to making amends.

Sincerely,
Amanda Mongelli

1